# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LAUREN MILLER, individually and on behalf of all others similarly situated,<br><br>       Plaintiff,<br>v.<br><br>MAC COSMETICS, INC.<br>       Defendant. | <u>Civil No. 1:13-cv-13150-RWZ</u> |

## UNOPPOSED MOTION FOR ATTORNEYS' FEES

Plaintiff, Lauren Miller ("Plaintiff"), by and through her undersigned counsel of record, hereby moves for an order awarding attorneys' fees to Class Counsel in the sum of $107,500. Defendant does not oppose the relief sought by this motion.

The grounds for this motion are set forth in the accompanying memorandum of law, the Declaration of Jeremiah Frei-Pearson in Support of Motion for Attorneys' Fees, Expenses and Incentive Award, the Declaration of David Pastor in Support of Plaintiffs' Motion for Approval of Attorneys' Fees and Incentive Award and the Declaration of Preston Leonard in Support of Application for Attorneys' Fees and Expenses filed contemporaneously herewith.

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(a)(2)

Undersigned counsel certify that they have conferred with counsel for Defendant in a good faith effort to resolve or narrow the issues raised by this Motion with the following result: Defendant's counsel indicated that Defendant does not oppose the relief sought by this Motion.

Dated:  January 22, 2016	Respectfully submitted,

**PASTOR LAW OFFICE, LLP**

/s/ David Pastor
David Pastor (BBO # 391000)
63 Atlantic Avenue, 3d Floor
Boston, Massachusetts 02110
Telephone: 617-742-9700
dpastor@pastorlawoffice.com

**FINKELSTEIN, BLANKINSHIP,**
**FREI-PEARSON & GARBER, LLP**
Todd S. Garber
Admitted *Pro hac vice*
1311 Mamaroneck Avenue, Suite 220
White Plains, New York 10605
Telephone: (914) 298-3281
tgarber@fbfglaw.com

**LEONARD LAW OFFICE, PC**
Preston W. Leonard (BBO #680991)
63 Atlantic Avenue, 3d Floor
Boston, MA 02110
Telephone: 617-329-1295
pleonard@theleonardlawoffice.com

*Attorneys for Plaintiff and the Class*

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent via U.S. first class mail to those indicated as non-registered participants on January 22, 2016.

/s/ David Pastor
David Pastor